# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GAINWELL TECHNOLOGIES LLC

VERSUS

STEPHEN RUSSO, IN HIS
OFFICIAL CAPACITY AS ACTING
SECRETARY FOR THE LOUISIANA
DEPARTMENT OF HEALTH AND THE
LOUISIANA DEPARTMENT OF
HEALTH; STATE OF LOUISIANA;
STATE OF LOUISIANA, DIVISION
OF ADMINISTRATION; JAY
DARDENNE IN HIS OFFICIAL
CAPACITY AS COMMISSIONER OF
ADMINISTRATION, DIVISION OF
ADMINISTRATION FOR THE STATE
OF LOUISIANA; STATE OF
LOUISIANA, OFFICE OF STATE
PROCUREMENT; TOM KETTERER IN
HIS OFFICIAL CAPACITY AS
DIRECTOR, OFFICE OF STATE
PROCUREMENT

NO.  2023 CW 0975

OCTOBER 26, 2023

---

In Re:    Conduent State Healthcare, LLC, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 736455.

---

**BEFORE:   WELCH, HOLDRIDGE, AND HESTER, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** The September 5, 2023 temporary restraining order issued by the trial court is hereby vacated. The temporary restraining order expires on October 27, 2023, in violation of La. Code Civ. P. art. 3604(A). In all other respects, the writ is denied.

**JEW**
**CHH**

**Holdridge, J.** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
          DEPUTY CLERK OF COURT
             FOR THE COURT